# GABRIEL L. DASSA, D.O., F.A.A.O.S.

### Board Certified Orthopedic Surgeon

2772 3rd Avenue
Bronx, NY 10455
718-993-3536

July 1, 2016

**Patient:**      **Garcia-Ortiz, Hector**

## COMPREHENSIVE ORTHOPEDIC EVALUATION:
## History of Chief Complaint:

The patient is a 50-year-old male who presents today for follow up evaluation for injuries to lumbar spine, left knee, and the right wrist and pain in left side of the face. He was assaulted by NYPD officers on June 1, 2014.  The patient states that while he was walking, he was physically attacked by the officers.  The patient states that he was kicked in the back of the left knee and thrown on the ground.  The patient was taken by EMS to St. Luke's Roosevelt Emergency Department where the patient was treated and released. He was seen initially on 10/27/14 for these pain complaints.  The patient states that since the incident  he has been having persistent pain in the said regions with stiffness and burning radiating down to his extremities with persistent pain in the said region with swelling and stiffness.  The patient states that he still has episodic pain in the left side of his face.  The patient completed an MRI of his right wrist on 11/19/2014 which documented TFCC tear.  Patient also completed an MRI of the left knee on 11/19/2014 which documented a 2 view plateau fracture with a medial meniscus tear.  The patient denied any prior injuries.  Patient continued to experience pain in his left knee and right wrist.  He was advised that surgical treatment in the past but he could not afford it because he did not have the resources to do so.  He comes today with persistent pain in his left knee and right wrist.  He also has radiating lower back pain.  Patient manages his pain with over-the-counter pain medication.

| | |
|---|---|
| **Past Medical History:** | Unremarkable. |
| **Current Medications**: | None. |
| **Allergies:** | No known drug allergies. |
| **Past Surgical History**: | Left heel surgery. |
| **Social History**: | Social alcohol use and one pack of cigarettes per day. |

**Page 2**
**Patient:  Garcia-Ortiz, Hector**
**Review of Systems**:   Significant as per history of present illness

**Lumbosacral Spine:**

Palpation examination:  There is tenderness on palpation L1 through L5 and L5 through S1 with bilateral paraspinal muscle spasm.

| Range of Motion | Normal | Measured | |
|---|---|---|---|
| Flexion | 90 degrees | 50 degrees | |
| Extension | 30 degrees | 20 degrees | |
| Lateral Bending | 40 degrees | 20 degrees | right and left |
| Lateral Rotation | 30 degrees | 20 degrees | right and left |

Special Tests:  Positive straight leg test on the right.

**Right Wrist:**

Inspection:  There is swelling.

Palpation examination:  There is tenderness over the DRUJ and TFCC.

| Range of Motion: | Normal | Rt. | Lt. |
|---|---|---|---|
| Flexion | 90 Degrees | 70 degrees | 90 degrees |
| Extension | 70 Degrees | 50 degrees | 70 degrees |
| Pronation | 90 Degrees | 85 degrees | 90 degrees |
| Supination | 90 Degrees | 85 degrees | 90 degrees |

Sensation and Motor:  Intact.

**Left Knee:**

Inspection:  There is swelling.

Palpation Examination:  There is tenderness over the medial joint of medial meniscus. There is crepitus to palpation.

Range of motion:  0 to 120 degrees with pain.

| Special tests: | Normal | Rt. | Lt. |
|---|---|---|---|
| McMurray's | negative | - | + |

**Impression:**
1.      Lumbar radiculopathy
2.      Left knee sprain/strain, tibial plateau fracture, and medial meniscus tear.
3.      Right wrist sprain/strain, with TFCC tear.

**Page 3**
**Patient:**  Garcia-Ortiz, Hector


**Discussion**:  The patient was injured on the above date and sustained injury to several areas of the body.  The symptoms and clinical findings are consistent with the above diagnoses and directly caused by the incident with the police officers.  Patient presents today for follow-up evaluation with complaints of left knee and right wrist pain.  He presents with complaints of radiating low back pain.  The patient was examined and today's exam revealed restricted range of motion to the lumbar spine, left knee, and right wrist.  Today's exam revealed findings of persistent lumbar nerve root irritation and inflammation as evidenced by positive straight leg raising test.  Today's exam also revealed findings of a persistent derangement of the left knee as evidenced by loss of normal range of motion of positive McMurray's test.  Additionally the patient has traumatic arthritis of the left knee that is manifested by crepitus.  Patient also has findings of derangement of the right wrist with loss of normal range of motion pain with supination and tenderness over the TFCC.  It is my professional opinion, with reasonable degree of medical certainty, that today's evaluation findings represent objective evidence of persistent orthopedic impairment to the patient's left knee, right wrist, and lower back.  Is also my opinion, that the incident of June 1, 2014 is a competent cause the patient's injuries and orthopedic impairments.

I have reviewed relevant portions of the depositions of Police Officers Vasquez from May 23, 2016, and Police Officer Hanna from June 22, 2016, the Civilian Complaint Review Board report and the IAB report.   Based on a of the accounts provided by the officers that are documented in these materials regarding their observations of Mr. Ortiz prior to their placing hum into handcuffs, it is my conclusion, to a reasonable degree of medical certainty, that the injuries sustained by Mr. Ortiz could not have existed before said officers placed Mr. Ortiz into handcuffs. Had Mr. Ortiz had the fractured right tibial plateu and medial meniscus tear before he was placed in handcuffs by the police, would not have been able to walk or stand, let alone assume a fighting stance, as the officers claim he did. Since Mr. Ortiz would have been in severe pain and not functional to do those things, it is simply impossible for him to have had those injuries before he was placed in police custody.

It requies an extreme amount of force and trauma to the knee in order to cause the type of knee injuries sustained by Mr. Ortiz. Mr. Ortiz's left knee injuries are therefore entirely consistent with his account that his knee was kicked out and he was thrown from a standing position to the ground such that his knee impacted the sidewalk. It is my opinion, to a reasonable degree of medical certainty, that the interaction with the police officers on June 1, 2014 was the competent producing cause of Mr. Ortiz's left knee injuries.

It also requires an extreme amount of force and trauma to create a TFCC (triangular fibrocartilage complex) tear in the wrist. This injury is consistent with Mr. Ortiz having been handcuffed in an extremely forceful manner, and is likewise consistent with trauma

and extreme pressure caused by handcuffs that are affixed excessively tightly on the wrist. It is therefore my opinion, to reasonable degree of medical certainty, that the competent producing cause of Mr. Ortiz's wrist injury was the police officers' extremely forceful affixing of handcuffs on Mr. Ortiz on June 1, 2014, and the pressure created by their having affixed those handcuffs excessively tightly on Mr. Ortiz's right wrist.

The patient requires surgical treatment to the left knee as well as a right wrist.  He surgical treatments are still indicated.  Need for surgery has been communicated to the patient and he understands.  The patient requires arthroscopic surgery to the left knee and right wrist.  He also has a high probability of needing a left total knee replacement given the degree of articular damage as noted on his injury MRI.  His physical findings and radiographs taken today do suggest advanced traumatic arthritis of the left knee.  It is also my professional opinion, due to the nature of the patient's injuries and the persistence of subjective pain the correlate well objective findings of the patient's impairments are significant and permanent.  Patient does require further treatment but the prognosis for favor response to any additional treatment remains to be guarded.

**Prognosis**:  Guarded.

**Disability Status**: Permanent.

**Recommended Treatment:**
1.      Physical therapy.
2.      Chiropractic care.
3.      Arthroscopic surgery left knee.
4.      Arthroscopic surgery right wrist.
5.      High probability of needing knee replacement surgery to left knee.

**Return Orthopedic Appointment:**

**Page 3**
**Patient:  Garcia-Ortiz, Hector**

Four weeks.

**Affidavit**

**Supervising Physician:**

_Gabriel Dassa_

_____
Gabriel L. Dassa, D.O., F.A.A.O.S.
Board Certified Orthopedic Surgeon

I, Dr. Gabriel Dassa, D.O., F.A.A.O.S., being a physician being duly licensed and practicing in the State of New York pursuant to CPLR Section 2106, hereby affirm under the penalties of perjury that the statements contained herein are true and accurate.

# CURRICULUM VITAE
# GABRIEL L. DASSA, D.O., F.A.A.O.S.

7 Carlton Drive
Mount Kisco, N.Y.  10549
(914) 242-8721

## EMPLOYMENT:

**Medical Director(Private Practice)** | **BRONX MED ORTHOPEDIC ASSOCIATES**
**Attending Orthopaedic Surgeon/** | **Bronx, New York**
**Hand Surgeon** | **Queens, New York**
November 2010-Present

**Attending Orthopaedic Surgeon/** | **CENTRAL VALLEY ORTHOPEDICS**
**Hand Surgeon** | **Middletown, New York**
November 2010-Present

**Medical Director** | **ALLMED MEDICAL AND REHABILITATION**
**Attending Orthopaedic Surgeon/** | Bronx, New York
**Hand Surgeon**
February 2002-November 2010

**Director of Orthopaedic Hand Surgery** | **LINCOLN MEDICAL CENTER**
July 2000-January 2002 | Bronx, New York

**Medical Director** | **CONCOURSE PLAZA MEDICAL CENTER**
December 2000-January 2002 | Bronx, New York

**Director of Orthopaedic Hand Surgery** | **BRONX LEBANON HOSPITAL CENTER**
August 1998-July 2000 | Bronx, New York

**Curriculum Director** | **ORTHOPAEDIC SURGERY RESIDENCY**
July 1997-July 1998 | **BRONX LEBANON HOSPITAL CENTER**
| Bronx, New York

**Medical Director** | **RONKONOMA MEDICAL SERVICES**
June 1996-August 1999 | **Lake Ronkonkoma, New York**

## Hospital Affiliations:

| **BRONX LEBANON HOSPITAL CENTER**
August 1997-Present | 1650 Grand Concourse
| Bronx, New York  10451

| **OUR LADY OF MERCY MEDICAL CENTER**
**July  1999-Present** | 600 East 233 Street
| Bronx, New York 10466

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| **Associate Clinical Professor**<br>**Department Of Orthopaedic Surgery**<br>October 5, 1999 | **NEW YORK MEDICAL COLLEGE**<br>Valhalla, New York |

**POST-GRADUATE TRAINING:**

| | |
|---|---|
| Orthopaedic Hand Surgery Fellow<br>August 1997-August 1998 | **Charles P. Melone, M.D., Keith B. Raskin, M.D.**<br>**NEW YORK UNIVERSITY MEDICAL**<br>**CENTER/HOSPITAL FOR JOINT DISEASES**<br>New York, New York |
| **Orthopaedic Surgery Residency**<br>July 1993-June 1997 | **ALBERT EINSTEIN COLLEGE OF MEDICINE AT**<br>**BRONX-LEBANON HOSPITAL CENTER**<br>Bronx, New York |
| **Orthopaedic Chief Resident**<br>July 1996-December 1996<br>December 1996-March 1997 | <br>**BRONX-LEBANON HOSPITAL CENTER**<br>**LINCOLN MEDICAL CENTER**(Level I Trauma Center) |
| **Orthopaedic Rotations**<br>April 1994-June 1994 | **HOSPITAL FOR JOINT DISEASES**<br>Pediatric Orthopaedics- W. B. Lehman, M.D.<br>New York, New York |
| October 1994-December 1994 | **HOSPITAL FOR JOINT DISEASES**<br>Arthroplasty/Arthroscopy-W. Jaffe, M.D.<br>New York, New York |
| October 1995-November 1995 | **HOSPITAL FOR JOINT DISEASES**<br>Hand Surgery-M. Posner, M.D.<br>New York, New York |
| November 1995-December 1995 | **COLUMBIA UNIVERSITY MEDICAL CENTER**<br>Hand Surgery-R. Carroll, M. Rosenwasser<br>New York, New York |
| **General Surgery Residency**<br>July 1992-June 1993 | **SAINT BARNABAS HOSPITAL**<br>Bronx, New York |
| **Internal Medicine Internship**<br>July 1991-June 1992 | **CONEY ISLAND HOSPITAL**<br>Brooklyn, New York |
| **Musculoskeletal Manipulation Fellow**<br>July 1990-June 1991 | Stanley Schiowitz, D.O., Eileen DiGiovanna, D.O.<br>**NEW YORK COLLEGE OF OSTEOPATHIC**<br>**MEDICINE**<br>Old Westbury, New York |

**EDUCATION:**

**DO:** **NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE**
August 1986-May 1990 Old Westbury, New York

**BS:** **FORDHAM UNIVERSITY**
September 1982-May 1986 Bronx, New York

**HONORS AND AWARDS:**

**F.A.A.O.S. - Fellow American Academy of Orthopaedic Surgeons**

**1996-**American College of Surgeons Resident and Fellow Research Award, **AMERICAN COLLEGE OF SURGEONS QUARTERLY MEETING, BRONX, N.Y. MAY 16, 1996.**

**1989-**Jonathan C. Griswald Fellowship in Musculoskeletal Manipulation., **NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE.**

**1985-**Alpha Epsilon Delta Pre-Medical Honor Society, **FORDHAM UNIVERSITY.**

**BOARD CERTIFICATION:** **American Board of Orthopaedic Surgery**
 <u>Board Certified</u>  1991
  <u>Recertified</u>       2010

**American Board of Osteopathic Orthopaedic Surgery**
<u>Board Certified</u>  2005

**Diplomate of American College of Forensic Medical Examiners**

**Diplomate of National Board of Medical Examiners 1992**

**New York State Medical License # 190113**

**PROFESSIONAL ACTIVITIES:**
**Member International Society of Police Surgeons**
**Team Physician USA Boxing**

**PERSONAL INFORMATION:**
Date of Birth: May 7, 1964
Marital Statue: Married August 9, 1992
Wife: Christine  Profession: Real Estate Broker

## PUBLICATIONS:

Rettig, Michael R., **Dassa, Gabriel L.**, Raskin, Keith B., Melone, Charles P., *Wrist Fractures in the Athlete: Distal Radius and Carpal Bone Fractures.* **Sports Clinics of North   America,** Volume 17, Number 3, July 1998.

Rettig, Michael R., **Dassa, Gabriel L.**, Raskin, Keith B.,Volar Plate Arthoplasty Distal Interphalangeal Joint. **Journal of Hand Surgery-American,** 26A(5):940-944, September 2001

## RESEARCH

**Dassa, Gabriel L.,** Insler, Harvey, Adar Uriel , *Investigation of Bed Gatching: A Method for Heel Pressure Reduction.*

**Dassa, Gabriel L.,** Insler Harvey, *Investigation of Skin Blade Vs Deep Blade: Surgical Blade Exchange A Method of Reducing Infection in Orthopaedic Surgery.*

**Dassa, Gabriel L.,** Rajan, Swaminathan, Insler, Harvey, *Staging of Carpal Tunnel Syndrome and Its Surgical Management.*

## SCIENTIFIC PRESENTATIONS:

### Local
*Staging of Carpal Tunnel Syndrome and Its Surgical Management.* April 13, 1996
**New York State Hand Society**

*Investigation of Bed Gatching: A Method for Heel Pressure Reduction.* May 16, 1996
**American College of  Surgeons Regional Meeting**
**\*\* Winner of Resident and Fellow Presentation Award**

*Disorders of the Triangular Fibrocartilage Complex,* March 11, 1998
**Orthopaedic Surgery Grand Rounds, New York University Medical Center,** *New York, N.Y.*

### International
*Investigation of Bed Gatching: A Method for Heel Pressure Reduction.* April 1995
**New Jersey and New York State Orthopaedic Society Annual Meeting, <u>Aruba</u>.**

*Investigation of Skin Blade Vs Deep Blade: Surgical Blade Exchange A Method of Reducing Infection in Orthopaedic Surgery.  April 18, 1996*
**New Jersey,  New York and Connecticut State  Orthopaedic Society Annual Meeting, <u>Nevis, West Indies</u>.**

*Staging of Carpal Tunnel Syndrome and Its Surgical Management,* April 19, 1997
**New Jersey,  New York and Connecticut State  Orthopaedic Society Annual Meeting, <u>Grand Cayman</u>.**