UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

HECTOR GARCIA ORTIZ,

                               Plaintiff,        **NOTICE OF MOTION**
                                                              **FOR PARTIAL**
        -against-                          **SUMMARY JUDGMENT**

THE CITY OF NEW YORK,                           15-CV-2206 (DLC) (GWG)
POLICE OFFICER STEPHANIE HANNA, AND
POLICE OFFICER EDWIN VASQUEZ,

                               Defendants.

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Melanie Speight dated September 9, 2016, the exhibits annexed thereto, the accompanying Memorandum of Law in Support thereof; and all prior pleadings and proceedings had herein, defendants City of New York, Police Officer Stephanie Hanna, and Police Officer Edwin Vazquez (named herein as "Police Officer Edwin Vasquez") will move this Court before the Honorable Denise L. Cote, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for partial summary judgment in favor of defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated:  New York, New York
         September 9, 2016

                                            ZACHARY W. CARTER
                                            Corporation Counsel of the City of New York
                                            *Attorney for Defendants City, Hanna, and*
                                              *Vazquez*
                                            100 Church Street, 3rd Floor
                                            New York, New York 10007
                                            (212) 356-2425

                                   By:   */s/ Melanie Speight*
                                          Melanie Speight
                                          *Senior Counsel*

CC: <u>VIA FIRST CLASS MAIL AND ECF</u>
Corey Lee
*Plaintiff's Counsel*
C.T. Lee & Associates
225 Broadway, Suite 3005
New York, NY 10007