```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
HECTOR GARCIA ORTIZ,                  :    15cv2206(DLC)
                                      :
                    Plaintiff,        :    ORDER
         -v-                          :
                                      :
THE CITY OF NEW YORK, POLICE OFFICER  :
EDWIN VASQUEZ, AND POLICE OFFICER     :
STEPHANIE HANNA                       :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the Clerk of Court shall amend the caption to correct the spelling of the defendant's name as follows: "Police Officer Edwin Vazquez."

Dated:   New York, New York
         July 18, 2017

                                    _____
                                            DENISE COTE
                                    United States District Judge