UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
HECTOR GARCIA ORTIZ,                   :    15cv2206(DLC)
                                       :
                  Plaintiff,           :    ORDER
      -v-                              :
                                       :
THE CITY OF NEW YORK and POLICE        :
OFFICER EDWIN VAZQUEZ,                 :
                                       :
                  Defendants.          :
                                       :
-------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2020

DENISE COTE, District Judge:

An Opinion and Order filed today awarded the plaintiff attorneys' fees in the amount of $221,502.98 and $8,268.31 in costs. Accordingly, it is hereby

ORDERED that the Clerk of Court shall close this case.

Dated:    New York, New York
          February 14, 2020

                              _____
                                       DENISE COTE
                              United States District Judge