```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HECTOR GARCIA ORTIZ,                     :        15cv2206(DLC)
                                         :
                    Plaintiff,           :            ORDER
          -v-                            :
                                         :
THE CITY OF NEW YORK and POLICE          :
OFFICER EDWIN VAZQUEZ,                   :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Summary Order from the Second Circuit Court of Appeals of February 1, 2021 remanded the above-captioned case with the direction to enter an award of $291,771.29 consisting of $283,502.98 in fees and $8,268.31 in costs. The mandate having issued, it is hereby

ORDERED that the parties shall notify the Court by **Friday, March 5, 2021** whether there is any objection to this Court entering an award to Hector Garcia Ortiz of $283,502.98 in attorneys' fees and $8,268.31 in costs.

Dated:   New York, New York
         February 22, 2021

                              _____
                                       DENISE COTE
                              United States District Judge