```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HECTOR GARCIA ORTIZ,                     :        15cv2206(DLC)
                                         :
                      Plaintiff,         :           ORDER
              -v-                        :
                                         :
THE CITY OF NEW YORK and POLICE          :
OFFICER EDWIN VAZQUEZ,                   :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Summary Order from the Second Circuit Court of Appeals of February 1, 2021 remanded the above-captioned case with the direction to enter an award of $291,771.29 consisting of $283,502.98 in fees and $8,268.31 in costs.  An Order of February 22 required the parties to notify this Court whether there is any objection to this Court entering the award directed by the Second Circuit.

In a letter of March 5, the parties requested that the Court enter judgment in the way outlined by their letter, but the plaintiff nonetheless requested that this Court grant him 21 days from the entry of judgment to file any post-appeal application for attorneys' fees.  It is hereby

ORDERED that a party must file by March 15, 2021 any objection that it has to the entry of judgment in the manner and amounts listed in the letter of March 5.

Dated:   New York, New York
         March 8, 2021

                                   _____
                                           DENISE COTE
                                   United States District Judge