UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
HECTOR GARCIA ORTIZ,                     :        15cv2206(DLC)
                                        :
                    Plaintiff,           :            ORDER
        -v-                              :
                                        :
THE CITY OF NEW YORK and POLICE          :
OFFICER EDWIN VAZQUEZ,                    :
                                        :
                    Defendants.          :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

    A Summary Order from the Second Circuit Court of Appeals of
February 1, 2021 remanded the above-captioned case with the
direction to enter an award to plaintiff Garcia Ortiz of
$291,771.29 consisting of $283,502.98 in fees and $8,268.31 in
costs.  An Order of February 22 required the parties to notify
this Court whether there was any objection to this Court
entering the award directed by the Second Circuit.

    In a letter of March 5, the parties requested that the
Court enter judgment in the way outlined by their letter.  Ortiz
also requested that this Court grant him 21 days from the entry
of judgment to file any post-appeal application for attorneys'
fees.

    An Order of March 8 gave the parties until March 15 to file
any objection to the entry of judgment in the manner and amounts

listed in the letter of March 5.  No party has filed an objection.  Accordingly, it is hereby

ORDERED that the Clerk of Court shall enter judgment in Ortiz's favor and against defendants City of New York and Edwin Vazquez as follows: $118,000, representing the jury's award of compensatory damages; and $3,631.77 in post-judgment interest on the jury's award of compensatory damages measured from the August 7, 2019 mandate of the Second Circuit.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment in Ortiz's favor and against defendant Vazquez as follows: $283,502.98 in attorneys' fees and $8,268.31 in costs.


Dated:    New York, New York
          March 16, 2021


_____
DENISE COTE
United States District Judge