# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HECTOR GARCIA ORTIZ,

                Plaintiff,                      15 **CIVIL** 2206 (DLC)

        -against-                      **CORRECTED JUDGMENT**

THE CITY OF NEW YORK and POLICE
OFFICER EDWIN VAZQUEZ,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 16, 2021, Judgment is entered in Ortiz's favor and against defendants City of New York and Edwin Vasquez as follows: $118,000, representing the jury's award of compensatory damages; and $3,631.77 in post-judgment interest on the jury's award of compensatory damages measured from the August 7, 2019 mandate of the Second, and judgment is entered in Ortiz's favor and against defendant Vasquez as follows: $283,502.98 in attorneys' fees and $8,268.31 in costs.

**Dated:** New York, New York
           March 19, 2021

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                          **BY:**

                                                             **Deputy Clerk**