THE LAW OFFICES OF
# SCOTT A. KORENBAUM
14 Wall Street, Suite 1603  
New York, New York 10005  
Tel: (212) 587-0018     Fax: (212) 587-0018

March 24, 2021

BY ECF

Hon. Denise L. Cote  
United States District Court  
Southern District of New York  
500 Pearl Street, Rm. 1910  
White Plains, NY 10007



    Re:   Ortiz v. City of New York, et al.  
            15-CV-2206 (DLC)

Dear Judge Cote:

    I am one of the attorneys for plaintiff, Hector Garcia Ortiz. I write with the knowledge and consent of Assistant Corporation Counsel Melissa Wachs to request that the Court grant him until April 9, 2021, to file any post-appeal application for attorneys' fees. As I previously wrote, Mr. Garcia Ortiz does not anticipate filing such an application because the parties are quite close to settling this item. However, it is likely that the parties do not finalize settlement within 14 days of the entry of judgment (March 30, 2021) for logistical reasons. And, if that is the case, then Mr. Garcia Ortiz will have to file an application for attorneys' fees unless the Court grants this request. *See* Fed. R. Civ. Proc. 54(b). As noted, Ms. Wachs consents to this request.

    Thank you for your consideration of this matter.

Respectfully submitted,

*Scott A. Korenbaum*

Scott A. Korenbaum

SAK:sak

cc: All Counsel (by ECF)

Granted. 3.25.2021.

_____  
DENISE COTE  
United States District Judge