<div style="text-align:center">

THE LAW OFFICES OF

# SCOTT A. KORENBAUM

14 Wall Street, Suite 1603
New York, New York 10005
Tel: (212) 587-0018      Fax: (212) 587-0018

</div>

April 9, 2021

BY ECF

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1910
White Plains, NY 10007



Re:   Ortiz v. City of New York, et al.
      15-CV-2206 (DLC)

Dear Judge Cote:

     I am one of the attorneys for plaintiff, Hector Garcia Ortiz.  I write with the knowledge and consent of Assistant Corporation Counsel Melissa Wachs to request that the Court grant him until April 16, 2021, to file any post-appeal application for attorneys' fees.  The parties have agreed in principle to the terms of settlement, but negotiating the terms of settlement has been more complicated than usual because of the number of attorneys who have represented Mr. Garcia Ortiz.  However, I have just received a revised agreement from Ms. Wachs.  But because I am preparing for trial before Magistrate Judge McCarthy (*Thomas v. McManus, et ano.*, 17 CV 4025 (JCM)), and we have motion papers due today, there is a likelihood I will not get to review Ms. Wachs proposed changes before day's end.  Thus, primarily, if not exclusively to protect Mr. Garcia's interests, and those of his counsel, Mr. Garcia Ortiz requests this limited and, in all likelihood, last extension.  As noted, Ms. Wachs consents to this request.

     Thank you for your consideration of this matter.

<div style="margin-left:50%">

Respectfully submitted,

*Scott A. Korenbaum*

Scott A. Korenbaum

</div>

SAK:sak

cc: All Counsel (by ECF)

Granted.
4.12.2021.

_____
DENISE COTE
United States District Judge